Moses S. Bardavid (SBN 200296)
LAW OFFICES OF MOSES S. BARDAVID
15910 Ventura Boulevard
Suite 1405
Encino, CA 91436
Tel: (818) 582-3463
Fax: (818) 582-3465

Attorneys for Defendant,
JOE ROZSA aka JOSEPH RICHARD ROZSA
aka JAY RICH VEYRON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KEVIN ZHANG INC., a California corporation, and KEVIN ZHANG, an individual,<br><br>              Plaintiffs,<br>  v.<br><br>JOE ROZSA aka JOSEPH RICHARD ROZSA aka JAY RICH VEYRON, an individual, and DOES 1-10,<br><br>              Defendants. | Case No.: 2:20-cv-06247--SVW-AFM<br><br>Judge: Hon. Stephen V. Wilson<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS COMPAINT WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 12(b)(2) & (6) AND SPECIAL MOTION TO STRIKE PURSUANT TO THE CALIFORNIA ANTI-SLAPP STATUTE, CODE OF CIVIL PROCEDURE SECTION 425.16**<br><br>*[Memorandum of Points and Authorities, and Declarations in Support filed concurrently herewith.]*<br><br>**Hearing**:<br>Date:      October 5, 2020<br>Time:.     1:30 p.m.<br>Courtroom: 10A, 10th Floor<br><br>Complaint Filed: July 14, 2020 |

///

///

///

## REQUEST FOR JUDICIAL NOTICE

### I. INTRODUCTION

Pursuant to Rule 201 of the Federal Rules of Evidence, Defendant Joe Rozsa respectfully requests that the Court take judicial notice of the following documents submitted in support of Mr. Rozsa's Motion to Dismiss and Special Motion to Strike Plaintiffs' Complaint.

### II. ARGUMENT

In ruling on a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6), a court may consider matters outside the pleadings if they are properly subject to judicial notice. (*See MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986).) Here, the Court should take judicial notice of pleadings in other courts as well as the existence of video/audio media that is available online. The Court may take judicial notice of "a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. (Fed Rules Evid R 201.)

### III. REQUESTS FOR JUDICIAL NOTICE

Based upon the aforementioned, Defendant requests that this court take Judicial Notice of the following:

1. The webpage and the contents contained therein, not for the truth of the matter but for the fact that it exists, attached to the Declaration filed concurrently herewith as Exhibit 1: https://www.kevinzhang.com/free-training-register-2

2. The webpage and the contents contained therein, not for the truth of the matter but for the fact that it exists, attached to the Declaration filed concurrently herewith as Exhibit 2: https://www.kevinzhang.com/.

3. The webpage and the contents contained therein, not for the truth of the matter but for the fact that it exists, attached to the Declaration filed concurrently herewith as Exhibit 3: https://www.instagram.com/kevinzhangofficial/?hl=en.

4. The documents filed with the Court, not for the truth of the matter but for the fact that it exists, attached to the Declaration filed concurrently herewith as Exhibit 4.

5.   The documents filed with the Court, not for the truth of the matter but for the fact that it exists, attached to the Declaration filed concurrently herewith as <u>Exhibit 6</u>.

6.   The documents filed with the Court, not for the truth of the matter but for the fact that it exists, attached to the Declaration filed concurrently herewith as <u>Exhibit 7</u>.

7.   The documents filed with the Court, not for the truth of the matter but for the fact that it exists, attached to the Declaration filed concurrently herewith as <u>Exhibit</u> .

8.   The webpage and the contents contained therein, not for the truth of the matter but for the fact that it exists, attached to the Declaration filed concurrently herewith as <u>Exhibit 8</u>: https://radiopublic.com/advertise-everything-by-adleaks-WdPx7A/s1!10007.

9.   The webpage and the contents contained therein, not for the truth of the matter but for the fact that it exists, attached to the Declaration filed concurrently herewith as <u>Exhibit 9</u>: https://www.youtube.com/watch?v=cTP6zy9mMDg&t=451s,,.

### IV. <u>CONCLUSION</u>

Based on the foregoing, Defendant respectfully requests that the Court take judicial notice of Exhibits 1-9.

Date: August 17, 2020                                    **LAW OFFICES OF MOSES S. BARDAVID**

                                                                              _____
                                                                              Moses S. Bardavid, Esq.
                                                                              Attorney for Defendant
                                                                              JOE ROZSA