**PAUL N. SORRELL (BAR NO. 126346)**
psorrell@lavelysinger.com
**MARTIN F. HIRSHLAND (BAR NO. 322629)**
mhirshland@lavelysinger.com
**LAVELY & SINGER**
**PROFESSIONAL CORPORATION**
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone:(310) 556-3501
Facsimile: (310) 556-3615

Attorneys for Plaintiffs KEVIN ZHANG INC.
and KEVIN ZHANG

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KEVIN ZHANG INC., a California corporation, and KEVIN ZHANG, an individual,<br><br>        Plaintiffs,<br><br>    v.<br><br>JOE ROZSA aka JOSEPH RICHARD ROZSA aka JAY RICH VEYRON, an individual, and DOES 1-10,<br><br>        Defendants. | CASE NO.:  2:20-cv-06247-SVW-AFM<br><br>[Hon. Stephen V. Wilson]<br><br>**PLAINTIFFS' EVIDENTIARY OBJECTIONS TO AND MOTION TO STRIKE PORTIONS OF DECLARATIONS OF JOE ROZSA AND OFELYA MAMYAN IN SUPPORT OF MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(2) & (6) AND SPECIAL MOTION TO STRIKE PURSUANT TO ANTI-SLAPP STATUTE**<br><br>**[Memorandum in Opposition to Motion to and Objections To Request For Judicial Notice Filed Concurrently Herewith]**<br><br>Hearing Date:  October 5, 2020<br>Time:             1:30 p.m.<br>Courtroom:     10A (10th Floor)<br><br>Complaint Filed: July 14, 2020 |

1

EVIDENTIARY OBJECTIONS

Plaintiffs Kevin Zhang Inc. and Kevin Zhang ("Plaintiffs") hereby submit the following objections to the Declarations of Joe Rozsa and Ofelya Mamyan (Dkt. No. 13) submitted in support of Motion to Dismiss Complaint With Prejudice Pursuant to Fed. R. Civ. P. 12(b)(2) & (6) and Special Motion to Strike Pursuant to California's Anti-SLAPP Statute ("the Motion").  The Declarations are objectionable on various grounds, and certain portions should be stricken and disregarded as set forth below:

## OBJECTIONS TO DECLARATION OF JOE ROZSA

| | Material Objected To | Grounds For Objection | Sustained | Overruled |
|---|---|---|---|---|
| 1. | The entirety of Paragraph 2 at page 2, lines 13-14, as follows:<br><br>"I declare that the webpages attached hereto as are [sic] unaltered print outs of the web pages I visited." | Fed. R. Evid. 401, 602, 801-802.  Rozsa's testimony lacks foundation and personal knowledge.  This testimony also constitutes inadmissible hearsay evidence.<br><br>Improper attempt to introduce evidence outside of the pleadings for purposes of a Rule 12(b)(6) motion to dismiss. *Cervantes v. City of San Diego*, 5 F.3d 1273, 1274 (9th Cir. 1993) ("Review is limited to the complaint; evidence outside the pleadings ... cannot normally be considered in deciding a 12(b)(6) motion.") | | |

| | Material Objected To | Grounds For Objection | Sustained | Overruled |
|---|---|---|---|---|
| 2. | The entirety of Paragraph 3 at page 2, lines 15-24. | Fed. R. Evid. 401, 602, 801-802.  Rozsa's testimony lacks foundation and personal knowledge.  The testimony also constitutes inadmissible hearsay evidence. C.D. Cal. Local Rule 5-4.3.3. (Improper use of hyperlink). Neither hyperlinks nor the website to which they refer are considered part of the record, and completed citations must be included in the text of the filed document. Improper attempt to introduce evidence outside of the pleadings for purposes of a Rule 12(b)(6) motion to dismiss. *Cervantes*, 5 F.3d at 1274 ("Review is limited to the complaint; evidence outside the pleadings ... cannot normally be considered in deciding a 12(b)(6) motion.") | | |

| | Material Objected To | Grounds For Objection | Sustained | Overruled |
|---|---|---|---|---|
| 3. | The entirety of Paragraph 4 at page 2, lines 25-26, as follows:<br><br>"Attached hereto as <u>Exhibit 2</u> s [sic] a true correct unaltered printout of the Kevin Zhang webage [sic] found at https://www.kevinzhang.com/." | Fed. R. Evid. 401, 602, 801-802.  Rozsa's testimony lacks foundation and personal knowledge.  This testimony also constitutes inadmissible hearsay evidence.<br><br>C.D. Cal. LR 5-4.3.3.  (Improper use of hyperlink). Neither hyperlinks nor the website to which they refer are considered part of the record, and completed citations must be included in the text of the filed document.<br><br>Improper attempt to introduce evidence outside of the pleadings for purposes of a Rule 12(b)(6) motion to dismiss. *Cervantes*, 5 F.3d at 1274 ("Review is limited to the complaint; evidence outside the pleadings ... cannot normally be considered in deciding a 12(b)(6) motion.") | | |

| | Material Objected To | Grounds For Objection | Sustained | Overruled |
|---|---|---|---|---|
| 4. | The entirety of Paragraph 5 at page 2, lines 27-28, as follows:<br><br>"Attached hereto as <u>Exhibit 3</u> s [sic] a true correct unaltered printout of Kevin Zhang's Instagram page found at <u>https://www.instagram.com/kevinzhangofficial/?hl=en</u>." | Fed. R. Evid. 401, 602, 801-802.  Rozsa's testimony lacks foundation and personal knowledge.  This testimony also constitutes inadmissible hearsay evidence.<br><br>C.D. Cal. LR 5-4.3.3. (Improper use of hyperlink). Neither hyperlinks nor the website to which they refer are considered part of the record, and completed citations must be included in the text of the filed document.<br><br>Improper attempt to introduce evidence outside of the pleadings for purposes of a Rule 12(b)(6) motion to dismiss. *Cervantes*, 5 F.3d at 1274 ("Review is limited to the complaint; evidence outside the pleadings ... cannot normally be considered in deciding a 12(b)(6) motion.") | | |

| | Material Objected To | Grounds For Objection | Sustained | Overruled |
|---|---|---|---|---|
| 5. | That portion of Paragraph 9 at page 3, lines 8-9, as follows:<br><br>"I was not…involved in the lawsuit." | Conclusory; argumentative. Rozsa testifies (incorrectly) regarding ultimate conclusions without foundation.<br><br>Improper attempt to introduce evidence outside of the pleadings for purposes of a Rule 12(b)(6) motion to dismiss. *Cervantes*, 5 F.3d at 1274 ("Review is limited to the complaint; evidence outside the pleadings ... cannot normally be considered in deciding a 12(b)(6) motion.") | | |

EVIDENTIARY OBJECTIONS

|  | Material Objected To | Grounds For Objection | Sustained | Overruled |
|---|---|---|---|---|
| 6. | That portion of Paragraph 10 at page 3, line 10, as follows:<br><br>"Mr. Rozsa was not involved in the RICO litigation as a party or as a witness." | Conclusory; argumentative. Rozsa testifies (incorrectly) regarding ultimate conclusions without foundation. Despite the fact that Rozsa in this paragraph multiple times refers to himself in the third person, obviously suggesting that all of this was attorney crafted.<br><br>Improper attempt to introduce evidence outside of the pleadings for purposes of a Rule 12(b)(6) motion to dismiss. *Cervantes*, 5 F.3d at 1274 ("Review is limited to the complaint; evidence outside the pleadings ... cannot normally be considered in deciding a 12(b)(6) motion.") | | |

7

EVIDENTIARY OBJECTIONS

| | Material Objected To | Grounds For Objection | Sustained | Overruled |
|---|---|---|---|---|
| 7. | The entirety of Paragraph 11 at page 3, lines 13-15, as follows:<br><br>"Plaintiffs refer three (3) of my YouTube videos in their lawsuit. In my first video, I referenced video/audio excerpts of an interview conducted by Justin Brenner of Kevin Zhang and a video still on YouTube created by Kevin Zhang." | Irrelevant as to a motion to dismiss under Rule 12(b)(6); hearsay.  The Court can take judicial notice potentially of the fact that this was posted on the internet, but not the truth or content of the material as Rozsa seeks here.  See the Objections to Rozsa's Request for Judicial Notice filed concurrently herewith.  Fed. R. Evid. 401, 602, 801-802.<br><br>Improper attempt to introduce evidence outside of the pleadings for purposes of a Rule 12(b)(6) motion to dismiss. *Cervantes*, 5 F.3d at 1274 ("Review is limited to the complaint; evidence outside the pleadings ... cannot normally be considered in deciding a 12(b)(6) motion.") | | |

EVIDENTIARY OBJECTIONS

| | Material Objected To | Grounds For Objection | Sustained | Overruled |
|---|---|---|---|---|
| 8. | The entirety of Paragraph 12 at page 3, lines 16-19, as follows:<br><br>"Attached hereto as <u>Exhibit 8</u>, is a true correct copy of a written transcript consisting of minutes 43:20 - 44:52 of the AdLeaks/Justin Brenner interview of Mr. Zhang. The complete audio of the interview can be found at <u>https://radiopublic.com/advertise-everything-by-adleaks-WdPx7A/s1!10007</u>." | Fed. R. Evid. 401, 602, 801-802.  Rozsa's testimony lacks foundation and personal knowledge.  This testimony also constitutes inadmissible hearsay evidence.<br><br>C.D. Cal. LR 5-4.3.3. (Improper use of hyperlink). Neither hyperlinks nor the website to which they refer are considered part of the record, and completed citations must be included in the text of the filed document.<br><br>Improper attempt to introduce evidence outside of the pleadings for purposes of a Rule 12(b)(6) motion to dismiss. *Cervantes*, 5 F.3d at 1274 ("Review is limited to the complaint; evidence outside the pleadings ... cannot normally be considered in deciding a 12(b)(6) motion.") | | |

9

| | Material Objected To | Grounds For Objection | Sustained | Overruled |
|---|---|---|---|---|
| 9. | The entirety of Paragraph 13 at page 3, lines 20-22, as follows:<br><br>"Attached hereto as <u>Exhibit 9</u>, is a true correct copy of a written transcript consisting of minutes 7:31 - 11:00 of the YouTube by Mr. Zhang. The video is still live on YouTube and can be found at <u>https://www.youtube.com/watch?v=cTP6zy9mMDg&t=451s</u>,.." | Fed. R. Evid. 401, 602, 801-802.  Rozsa's testimony lacks foundation and personal knowledge.  This testimony also constitutes inadmissible hearsay evidence.<br><br>C.D. Cal. LR 5-4.3.3. (Improper use of hyperlink). Neither hyperlinks nor the website to which they refer are considered part of the record, and completed citations must be included in the text of the filed document.<br><br>Improper attempt to introduce evidence outside of the pleadings for purposes of a Rule 12(b)(6) motion to dismiss. *Cervantes*, 5 F.3d at 1274 ("Review is limited to the complaint; evidence outside the pleadings ... cannot normally be considered in deciding a 12(b)(6) motion.") | | |

| | Material Objected To | Grounds For Objection | Sustained | Overruled |
|---|---|---|---|---|
| 10. | The entirety of Paragraph 14 at page 3, line 23, as follows:<br><br>"I live in Texas and do not conduct business in California." | Fed. R. Evid. 401, 602, 801-802.  Rozsa's testimony lacks foundation and personal knowledge.  This testimony also constitutes inadmissible hearsay evidence.<br><br>Irrelevant.  This is solely a motion heard under the standard governing motions under Rule 12(b)(6) of the Federal Rules of Civil Procedure.  Facts raised by Rozsa concerning jurisdiction that contradict the allegations in the Complaint are irrelevant for purposes of this motion.<br><br>Improper attempt to introduce evidence outside of the pleadings for purposes of a Rule 12(b)(6) motion to dismiss. *Cervantes*, 5 F.3d at 1274 ("Review is limited to the complaint; evidence outside the pleadings ... cannot normally be considered in deciding a 12(b)(6) motion.") | | |

EVIDENTIARY OBJECTIONS

## OBJECTIONS TO DECLARATION OF OFELYA MAMYAN

| | Material Objected To | Grounds For Objection | Sustained | Overruled |
|---|---|---|---|---|
| 11. | The entirety of Paragraph 2 at page 4, lines 7 – 10, as follows:<br><br>"I am the assistant to Moses S. Bardavid. On Friday, August 14, 2020, I reviewed and transcribed word by word the portions of the following two videos in connection with the matter herein: 'AdLeaks Justin Brenner Interviews with Kevin Zhang' and 'Turning AliExpress Products into Winners in 2020' videos." | Fed. R. Evid. 401, 602, 801-802. Mamyan's testimony lacks foundation and personal knowledge.  This testimony also constitutes inadmissible hearsay evidence.<br><br>Improper attempt to introduce evidence outside of the pleadings for purposes of a Rule 12(b)(6) motion to dismiss. *Cervantes*, 5 F.3d at 1274 ("Review is limited to the complaint; evidence outside the pleadings ... cannot normally be considered in deciding a 12(b)(6) motion.") | | |

|  | Material Objected To | Grounds For Objection | Sustained | Overruled |
|---|---|---|---|---|
| 12. | The entirety of Paragraph 3 at page 4, lines 11 – 14, as follows:<br><br>"Attached hereto as Exhibit 8, is a true correct copy of a written transcript I prepared consisting of minutes 43:20 – 44:52 of the AdLeaks/Justin Brenner interview of Mr. Zhang. The complete audio of the interview can be found at https://radiopublic.com/advertise-everything-by-adleaks-WdPx7A/s1!10007." | Fed. R. Evid. 401, 602, 801-802.  Mamyan's testimony lacks foundation and personal knowledge.  This testimony also constitutes inadmissible hearsay evidence.<br><br>C.D. Cal. LR 5-4.3.3. (Improper use of hyperlink). Neither hyperlinks nor the website to which they refer are considered part of the record, and completed citations must be included in the text of the filed document.<br><br>Improper attempt to introduce evidence outside of the pleadings for purposes of a Rule 12(b)(6) motion to dismiss. *Cervantes*, 5 F.3d at 1274 ("Review is limited to the complaint; evidence outside the pleadings ... cannot normally be considered in deciding a 12(b)(6) motion.") |  |  |

EVIDENTIARY OBJECTIONS

| | Material Objected To | Grounds For Objection | Sustained | Overruled |
|---|---|---|---|---|
| 13. | The entirety of Paragraph 4 at page 4, lines 15 – 17, as follows:<br><br>"Attached hereto as <u>Exhibit 9</u>, is a true correct copy of a written transcript I prepared consisting of minutes 7:31-11:00 of the YouTube by Mr. Zhang. The video is still live on YouTube and can be found at https://www.youtube.com/watch?v=cTP6zy9mMDg&t=451s,, ." | Fed. R. Evid. 401, 602, 801-802.  Mamyan's testimony lacks foundation and personal knowledge.  This testimony also constitutes inadmissible hearsay evidence.<br><br>C.D. Cal. LR 5-4.3.3. (Improper use of hyperlink). Neither hyperlinks nor the website to which they refer are considered part of the record, and completed citations must be included in the text of the filed document.<br><br>Improper attempt to introduce evidence outside of the pleadings for purposes of a Rule 12(b)(6) motion to dismiss. *Cervantes*, 5 F.3d at 1274 ("Review is limited to the complaint; evidence outside the pleadings ... cannot normally be considered in deciding a 12(b)(6) motion,") | | |

DATE:  September 14, 2020

LAVELY & SINGER
PROFESSIONAL CORPORATION
PAUL N. SORRELL
MARTIN F. HIRSHLAND


By: _/s/ Paul N. Sorrell_
PAUL N. SORRELL
Attorneys for Plaintiffs KEVIN ZHANG INC. and KEVIN ZHANG

14

EVIDENTIARY OBJECTIONS